

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00179-CV

In the Interest of **S.R.**, A.R., and J.R., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02399
Honorable Martha B. Tanner, Judge Presiding

Opinion by:    Karen Angelini, Justice

Sitting:    Karen Angelini, Justice
Patricia O. Alvarez, Justice
Jason Pulliam, Justice

Delivered and Filed:  August 5, 2015

AFFIRMED; MOTION TO WITHDRAW GRANTED

This is an accelerated appeal from an order terminating appellant's parental rights to her three children, S.R., A.R., and J.R. Appellant's court-appointed appellate attorney filed a brief representing that he has conducted a professional evaluation of the record and determined that there are no arguable grounds to be advanced on behalf of appellant. Counsel concluded that this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In the Interest of R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, order) (applying *Anders* procedure in an appeal from an order terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio 2003, no pet.). Appellant was provided copies of counsel's brief and motion to withdraw and was informed of her right to review the record and file her own brief. In addition, counsel advised

appellant to file a motion in this court if she wished to review the appellate record and enclosed a form motion for that purpose. *See Kelly v. State*, 436 S.W.3d 313, 320 (Tex. Crim. App. 2014); *R.R.*, 2003 WL 21157944, at *4. Thereafter, this court set deadlines for appellant to file any motion for the record and any pro se brief. Appellant did not file a motion for the record or a pro se brief.

We have reviewed the record of the trial on the merits and counsel's *Anders* brief, and we agree that this appeal is without merit. Accordingly, we grant counsel's motion to withdraw and affirm the trial court's order terminating appellant's parental rights.

Karen Angelini, Justice